JOHN ELMER

VERSUS

STATE OF LOUISIANA

NO. 24-KH-320

FIFTH CIRCUIT

COURT OF APPEAL

STATE OF LOUISIANA

FIFTH CIRCUIT COURT OF APPEAL
A TRUE COPY OF DOCUMENTS AS
SAME APPEARS IN OUR RECORDS

*Wiseman*

Linda Wiseman
First Deputy, Clerk of Court

July 17, 2024

Linda Wiseman
First Deputy Clerk

**IN RE** JOHN ELMER

**APPLYING FOR** SUPERVISORY WRIT FROM THE TWENTY-NINTH JUDICIAL DISTRICT COURT, PARISH OF ST CHARLES, STATE OF LOUISIANA, DIRECTED TO THE HONORABLE CONNIE M. AUCOIN, DIVISION "C", NUMBER 17,740

Panel composed of Judges Marc E. Johnson,
Scott U. Schlegel, and Timothy S. Marcel

**WRIT GRANTED FOR LIMITED PURPOSE**

Relator, John Elmer, filed a writ of mandamus asking this Court to enforce the following ruling issued in *State v. John Elmer*, 24-180, p. 2 (La. App. 5 Cir. 5/29/24), 2024 WL 2746082:

> Because Relator's case does not appear in the 29th Judicial District Court's database, this court cannot determine if a new UCO was created after this court's opinion in *Elmer*, *supra*, vacated relator's convictions and sentences on counts three through five. Accordingly, to eliminate any further confusion over Relator's UCO, the writ application is granted for the limited purpose of ordering the 29th Judicial District Court to correct the UCO to reflect Relator's conviction and sentence after this court's opinion in *Elmer*, *supra*, and direct its Clerk of Court to transmit the corrected UCO to the appropriate authorities and the Department of Corrections' legal department in accordance with La. C.Cr.P. art. 892(B)(2), if it has not already done so. *See State v. Allen*, 19-377 (La. App. 5 Cir. 4/30/20), 296 So.3d 1096, 1106-07, *writ denied*, 20-795 (La. 12/8//20), 306 So.3d 431.

Relator contends that he has not received a copy of the corrected UCO as ordered by this Court. Thus, we grant the writ of mandamus for the limited

purpose of ordering the trial court to forward a copy of the corrected UCO to relator and to this Court within ten days of this ruling.  If the trial court has not yet issued the corrected UCO, we order the trial court to either issue the corrected UCO or provide this Court with a *per curiam* explaining why it has not been issued within ten days of this ruling.

Gretna, Louisiana, this 17th day of July, 2024.

**SUS**
**MEJ**
**TSM**

SUSAN M. CHEHARDY
CHIEF JUDGE

FREDERICKA H. WICKER
JUDE G. GRAVOIS
MARC E. JOHNSON
STEPHEN J. WINDHORST
JOHN J. MOLAISON, JR.
SCOTT U. SCHLEGEL
TIMOTHY S. MARCEL

JUDGES

CURTIS B. PURSELL
CLERK OF COURT

SUSAN S. BUCHHOLZ
CHIEF DEPUTY CLERK

LINDA M. WISEMAN
FIRST DEPUTY CLERK

MELISSA C. LEDET
DIRECTOR OF CENTRAL STAFF

(504) 376-1400
(504) 376-1498 FAX



FIFTH CIRCUIT

101 DERBIGNY STREET (70053)

POST OFFICE BOX 489

GRETNA, LOUISIANA 70054

www.fifthcircuit.org

## NOTICE OF DISPOSITION CERTIFICATE OF DELIVERY

I CERTIFY THAT A COPY OF THE DISPOSITION IN THE FOREGOING MATTER HAS BEEN
TRANSMITTED IN ACCORDANCE WITH **UNIFORM RULES - COURT OF APPEAL, RULE 4-6** THIS
DAY **07/17/2024** TO THE TRIAL JUDGE, THE TRIAL COURT CLERK OF COURT, AND AT LEAST ONE OF
THE COUNSEL OF RECORD FOR EACH PARTY, AND TO EACH PARTY NOT REPRESENTED BY
COUNSEL, AS LISTED BELOW:

**CURTIS B. PURSELL**
CLERK OF COURT

**24-KH-320**

### E-NOTIFIED
29th Judicial District Court (Clerk)
Honorable Connie M. Aucoin (DISTRICT JUDGE)
Thomas J. Butler (Respondent)

### MAILED
John Elmer #185491 (Relator)
Louisiana State Penitentiary
Angola, LA 70712